429 A.2d 748

Commonwealth v. Chandler, Appellant.

Petition for Allowance of Appeal Denied May 4, 1981.

Argued March 19, 1979. Gilbert E. Toll, for appellant; Ann Lebowitz, Assistant District Attorney, for Commonwealth, appellee.

Before CERCONE, P. J., and WATKINS and HOFFMAN, JJ.

Judgment of sentence affirmed.

HOFFMAN, J., filed a memorandum dissenting opinion.

429 A.2d 748

Commonwealth v. Conrad, Appellant.

Submitted December 6, 1979.

William F. Ochs, Jr., Public Defender, for appellant; J. Michael Morrissey, District Attorney, for Commonwealth, appellee.

Before BROSKY, WICKERSHAM and ROBERTS, JJ.*

Order affirmed.

* Justice Samuel J. Roberts of the Supreme Court of Pennsylvania is sitting by designation.